AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)  Adams, John R | 2. Court or Organization  U.S. District Court, Ohio | 3. Date of Report  5/4/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial ● Annual ○ Final | 6. Reporting Period  1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address  U.S. Courthouse  2 South Main Street, Suite 526  Akron, Ohio 44308 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Guardian | Guardianship #1 (See Part VIII) |
| 2. | Board Member | Mental Health Association of Summit County (See Part VIII) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 MAY 11 P 1: 11 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Valley Savings Bank | Mortgage on residence/rental property (Duplex) | N |
| 2. | KeyBank | Credit Line | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property, Fairlawn, OH | D | Rent | N | Q | | | | | |
| 2. FirstMerit Common Stock | B | Dividend | K | T | | | | | |
| 3. Fidelity Advisor Equity Growth Class I ▄ | | None | J | T | | | | | |
| 4. Fidelity Advisor Equity Portfolio Income Class I ▄ | A | Dividend | J | T | | | | | |
| 5. Fidelity Contrafund ▄ | A | Dividend | K | T | | | | | |
| 6. Franklin Small-Mid Cap Growth Fund Class A ▄ | | None | J | T | | | | | |
| 7. Templeton Foreign Fund Class A ▄ | A | Dividend | J | T | | | | | |
| 8. McDonald Investments: Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 9. Federated Automated Govt. Cash Reserve | A | Dividend | J | T | | | | | |
| 10. Federated Capital Appreciation Fund Class A ▄ | A | Dividend | K | T | Partial sale | 8/5 | J | | |
| 11. Northwestern Mutual Life Ins. (Whole Life) No. 1 | A | Dividend | J | T | | | | | |
| 12. Northwestern Mutual Life Ins. (Whole Life) No. 2 | A | Dividend | J | T | | | | | |
| 13. Ohio Public Employees Retirement System Acct. | A | Interest | K | T | | | | | |
| 14. Janus Growth & Income Fund | A | Dividend | K | T | | | | | See VIII |
| 15. Retirement Account: | | | | | | | | | |
| 16. Federated Govt. Obligations Fund | A | Dividend | J | T | | | | | |
| 17. FirstMerit Common Stock | A | Dividend | J | T | | | | | |
| 18. Fidelity Advisor Equity Growth Class I ▄ | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Fidelity Advisor Equity Portfolio Income Class I | A | Dividend | K | T | | | | | |
| 20. Fidelity Securities Blue Chip Growth Fund | A | Dividend | K | T | | | | | |
| 21. Franklin Small-Mid Cap Growth Fund Class A | A | Dividend | J | T | | | | | |
| 22. Whit Oak Growth Port. | A | Dividend | J | T | | | | | |
| 23. Templeton Foreign Fund Class A | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting<br><br>Adams, John R | Date of Report<br><br>5/3/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

1) Part I, page 1, line 1 - Guardianship #1 - The undersigned serves as Guardian of the Person (medical & personal decisions only, not financial). Ward is physically and mentally disabled as a result of cerebral palsy. The undersigned has served as Guardian since 1984.

2) Part I, page 1, line 2 - Erroneously omitted position as Board Member of Mental Health Association of Summit County, a non-paying position of a non-profit organization.

3) Part VII, page 1, line 14 - Janus Growth and Income Fund was erroneously omitted in last report. I have owned Fund since approximately 1993 and Fund was included in my Nomination Report dated 1/7/2003.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R | 5/3/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ~~[redacted]~~         Date  5-10-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544